FILED
At Albuquerque, NM

JAN 2 3 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 25-121 MLG |
| ) | |
| vs. ) | 21 U.S.C. § 846: Conspiracy. |
| ) | |
| **JOHNATHAN CRUZ-ANDREW**, ) | |
| a.k.a. "El Pesado," ) | |
| ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

From on or about November 4, 2021, and continuing to on or about February 15, 2022, in Bernalillo County, in the District of New Mexico, and elsewhere, the defendant, **JOHNATHAN CRUZ-ANDREW**, unlawfully, knowingly and intentionally combined, conspired, confederated, agreed, and acted interdependently with other persons whose names are known and unknown to the Grand Jury, to commit an offense defined in 21 U.S.C. § 841(a)(1), specifically, distribution of a controlled substance.

Quantity of Methamphetamine Involved in the Conspiracy

With respect to **JOHNATHAN CRUZ-ANDREW**, the amount of methamphetamine involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 50 grams and more of methamphetamine, contrary to 21 U.S.C. § 841(b)(1)(A)(viii).

In violation of 21 U.S.C. § 846.

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney